UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 25, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUWUAN EDWARD FRANCIS CHAMPION,<br>also known as "Big Money,"<br>also known as "BM,"<br>FITZGERALD KENNEDY HUNT,<br>also known as "Gerald,"<br>also known as "GMoney,"<br>JOSHUA MALIK JOHNSON,<br>also known as "Lil Josh," and<br>KESHAWN LAVENDER,<br>also known as "Key,"<br><br>Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | CRIMINAL NO.<br><br>GRAND JURY ORIGINAL<br><br>VIOLATIONS:<br>21 U.S.C. § 846<br>(Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Oxycodone, Alprazolam, and Promethazine with Codeine)<br>18 U.S.C. § 1951<br>(Conspiracy to Interfere with Interstate Commerce by Robbery)<br>18 U.S.C. § 2118(d)<br>(Conspiracy to Commit Robbery Involving Controlled Substances)<br>18 U.S.C. § 2312<br>(Interstate Transportation of a Stolen Motor Vehicle)<br>21 U.S.C. § 843(a)(3)<br>(Obtaining Controlled Substance by Fraud)<br>21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)<br>(Unlawful Possession with Intent to Distribute Oxycodone and Alprazolam)<br>18 U.S.C. § 924(c)(1)<br>(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense)<br>18 U.S.C. § 924(b)<br>(Interstate Transportation of a Firearm to Commit a Felony Offense)<br>21 U.S.C. § 841(a)(1) and § 841(b)(1)(D)<br>(Unlawful Distribution of Marijuana)<br>21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)<br>(Unlawful Distribution of Oxycodone)<br>18 U.S.C. § 922(o)<br>(Unlawful Possession of a Machinegun) |

|   | : | 18 U.S.C. § 2 |
|---|---|---|
|   | : | (Aiding and Abetting) |
|   | : |   |
|   | : | FORFEITURE: |
|   | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(a), |
|   | : | (p); 18 U.S.C. § 981(a)(1)(C); and |
|   | : | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about January 27, 2021, and continuing to on or about October 5, 2021, within the District of Columbia and elsewhere, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM," and FITZGERALD KENNEDY HUNT, also known as "Gerald,' also known as "GMoney," JOSHUA MALIK JOHNSON, also known as "Lil Josh,", and KESHAWN LAVENDER, also known as "Key,"** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D); a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of alprazolam, a Schedule IV narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of promethazine with codeine, a Schedule V narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**(Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Oxycodone, Alprazolam, and Promethazine with Codeine**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

From on or about March 24, 2021 to on or about March 30, 2021, in the District of Columbia and elsewhere, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM," and FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** and others known and unknown, including Juvenile #1, did knowingly and willfully combine, conspire, confederate, and agree together to commit an offense against the United States, namely, to knowingly and unlawfully, obstruct, delay, and affect interstate commerce by robbery in violation of Title 18, United States Code, Section 1951, by agreeing to rob pharmacies and by robbing a driver delivering pharmaceutical products, including controlled substances, to a pharmacy, which was engaged in and which affected interstate commerce.

**(Conspiracy to Interfere with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT THREE

From on or about March 24, 2021 to on or about March 30, 2021, within the District of Columbia and elsewhere, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM," and FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** and others known and unknown, including Juvenile #1, did knowingly and willfully combine, conspire, confederate, and agree together to commit a pharmacy robbery in violation of Title 18, United States Code, Section 2118(a), by agreeing to unlawfully take or attempt to take from the person or presence of another, by force and violence or by intimidation, any material or compound containing any quantity of a controlled substance that belonged to, or was in the care, custody, control, or possession of a business or property that is registered with the Drug Enforcement Administration under Section 302 of the Controlled

Substances Act.

>(**Conspiracy to Commit Robbery Involving Controlled Substances**, in violation of Title 18, United States Code, Section 2118(d))

## COUNT FOUR

On or about March 30, 2021, within the District of Columbia, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM," and FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a white van with registration tag number 3EF3045, from the State of Maryland to the District of Columbia, knowing the same to be stolen.

>(**Interstate Transportation of a Stolen Motor Vehicle**, in violation of Title 18, United States Code, Section 2312)

## COUNT FIVE

On or about March 30, 2021, within the District of Columbia, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM," and FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** did knowingly, willfully, and intentionally acquire and obtain possession of, and aid and abet in the acquisition and possession of, a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of alprazolam, a Schedule IV narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), by misrepresentation, fraud, forgery, deception, and subterfuge.

>(**Obtaining a Controlled Substance by Fraud and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(a)(3), and Title 18, United States Code, Section 2)

## COUNT SIX

On or about March 30, 2021, within the District of Columbia, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM," and FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** did unlawfully and knowingly use and carry during and in relation to, and possess in furtherance of a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is Count Five, of this Indictment which is incorporated herein, a firearm, that is, a semi-automatic handgun.

> **(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## COUNT SEVEN

On or about March 30, 2021, within the District of Columbia, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM," and FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance, and alprazolam, a Schedule IV narcotic drug controlled substance.

> **(Unlawful Possession with Intent to Distribute Oxycodone and Alprazolam,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT EIGHT

On or about March 30, 2021, within the District of Columbia, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM," and FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that

is Count Seven, of this Indictment which is incorporated herein, a firearm, that is, a semi-automatic handgun.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

### COUNT NINE

On or about March 30, 2021, within the District of Columbia, **FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** did unlawfully, knowingly and intentionally, ship, transport, and/ or receive a firearm, that is, a semi-automatic handgun, with intent to commit, or did have knowledge or reason to believe that an offense punishable by imprisonment for a term exceeding one year was to be committed, in interstate and foreign commerce.

**(Interstate Transportation of a Firearm to Commit a Felony Offense**, in violation of Title 18, United States Code, Section 924(b))

### COUNT TEN

On or about February 3, 2021, within the District of Columbia, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM,"** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Distribution of Marijuana,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT ELEVEN

On or about February 12, 2021, within the District of Columbia, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM,"** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of

marijuana, a Schedule I controlled substance.

(**Unlawful Distribution of Marijuana,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT TWELVE

On or about April 7, 2021, within the District of Columbia, **FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Oxycodone,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THIRTEEN

On or about May 3, 2021, within the District of Columbia, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM,"** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Oxycodone,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT FOURTEEN

On or about August 6, 2021, within the District of Columbia, **KESHAWN LAVENDER, also known as "Key,"** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Distribution of Marijuana,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT FIFTEEN

On or about August 11, 2021, within the District of Columbia, **KESHAWN LAVENDER,**

also known as "Key," did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Distribution of Marijuana,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT SIXTEEN

On or about March 8, 2021, within the District of Columbia, **JUWUAN EDWARD FRANCIS CHAMPION, also known as "Big Money," also known as "BM,"** did knowingly and unlawfully possess a machinegun, that is, a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger.

(**Unlawful Possession of a Machinegun**, in violation of Title 18, United States Code, Section 922(o))

### .COUNT SEVENTEEN

On or about June 5, 2021, within the District of Columbia, **FITZGERALD KENNEDY HUNT, also known as "Gerald," also known as "GMoney,"** did knowingly and unlawfully possess a machinegun, that is, a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger.

(**Unlawful Possession of a Machinegun**, in violation of Title 18, United States Code, Section 922(o))

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section

924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a camouflage Glock 22 .40 caliber handgun bearing serial number #HER300, with a converter switch, 28 rounds of 5.56mm green-tipped rifle cartridges, and a rifle magazine with two 7.62 x 39mm rifle cartridges recovered on March 8, 2021, and a Glock brand Model 26 handgun with a 24 round magazine bearing serial number AFMG65, with a converter switch, recovered on June 5, 2021.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Channing D. Phillips,
Attorney of the United States in
and for the District of Columbia